# "UNDER SEAL"

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

FILED
CHARLOTTE, N.C.
JUL 25 2007
U. S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 5: 07 CR 35 |
| | ) | |
| v. | ) | |
| | ) | |
| JOVAN CHRISTOPHER BROOKS | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

This **25th** day of _July_, 2007.

_Carl Horn, III_
UNITED STATES MAGISTRATE JUDGE